NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**FENDGO LLC,**
*Appellee*

---

2026-1088

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00114.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        SAMSUNG ELECTRONICS CO., LTD. v. FENDGO LLC

(2) Each side shall bear their own costs.

FOR THE COURT

March 26, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 26, 2026